IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JAMEL RASHAAD MCCONICO, | ) | |
| | ) | CASE NO. 23-53158-TJ23 |
| DEBTOR. | ) | |

NOTICE OF FILING

Pursuant to Rule 1009 F. R. Bankr. P. notice is hereby given that Debtor has filed an *Application to Employ Special Counsel* seeking to employ counsel for the express purpose of representing Debtor in matters relating to legal claims against third parties.

Respectfully Submitted,

/s/ Raychelle L. Vinson

Raychelle L. Vinson
Attorney for Debtor
Ga. Bar No. 557488

The Law Offices of
Raychelle L. Vinson, PA
P.O. Box 161556
Atlanta, GA 30321
(770) 909-8772

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JAMEL RASHAAD MCCONICO, | ) | |
| | ) | CASE NO. 23-53158-TJ23 |
| DEBTOR. | ) | |

APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor, Jamel RaShaad McConico, by counsel, and respectfully requests this Court to authorize Paolo Meireles, Esq. with Shavitz Law Group, PA pursuant to 11 U.S.C. § 327 to serve and represent the Debtor as set forth below:

1. Debtor filed for Relief in the instant Chapter 13 case on April 3, 2023.

2. Debtor seeks to employ Paolo Meireles, Esq. with Shavitz Law Group, PA as Special Counsel for the express purpose pf representing Debtor who is an opt-in member of a class action lawsuit in matters relating to the recovery of overtime wages against Love's Travel Stops & Country Stores, Inc pursuant to the Fair Labor Standards Act. The class action has been filed as *Stoddard v. Love's Travel Stops & Country Stores, Inc, 21 Civ. 308 (W.D. Ok.)*. Special Counsel is duly admitted to practice law in the applicable jurisdiction and qualified to undertake said representation. The contract for employment is attached hereto as Exhibit "A".

3. The professional services that said Special Counsel is to render include, but are not limited to:

a) Providing Debtor with legal services regarding Debtor's claims;

b) Preparing and prosecuting on Debtor's behalf the necessary applications, pleadings, discovery, answers, orders and other legal papers required in the matter; and

c) Performing all other legal services for Debtor which may be reasonably necessary to pursue the claim(s).

4. Debtor selected Special Counsel because of counsel's considerable experience and qualifications in matters of this nature.

5. Special Counsel's relevant qualifications are attached hereto as Exhibit "B".

6. Debtor desires to employ Special Counsel under a general contingency fee contract for services. Debtor has no authority to settle this class action lawsuit as Debtor is not the named Plaintiff in the matter. Special Counsel's compensation is to be determined by either the collective recovery and fee agreements of the class members or the full amount of attorney's fees provided for by the settlement agreement, calculated using the lodestar method or by the decision maker in the matter plus expenses and costs. Debtor proposes to pay any funds to which Debtor may be entitled as a result of the class action to the Trustee unless Debtor otherwise obtains court approval to retain the funds.

7. To the best of Debtor's knowledge, Special Counsel has no connection with Debtor, any creditor or any other party in interest herein, their respective attorneys and/or accountants, the United States Trustee, the Chapter 13 Trustee, or any personal employed in the office of the United States Trustee or the Chapter 13 Trustee, represents no adverse interest to Debtor or Debtor's bankruptcy estate with respect to any matter for which Special Counsel is to be employed by Debtor.

WHEREFORE, the Debtor prays for authorization to employ Special Counsel as provided by 11 U.S.C. § 327 and pursuant to the terms of the attached contract with any recovery to which Debtor is entitled being paid to the Chapter 13 Trustee unless Debtor obtains court approval to retain the funds.

This 26th day of May, 2023.

Respectfully Submitted,

/s/ Raychelle L. Vinson

Raychelle L. Vinson
Attorney for Debtor
Ga. Bar No. 557488

The Law Offices of
Raychelle L. Vinson, PA
P.O. Box 161556
Atlanta, GA 30321
(770) 909-8772

CERTIFICATE OF SERVICE

I do hereby affirm that I, being over the age of 18 years, have this 26th day of May 2023, served a copy of the within *Application to Employ Special Counsel, Affidavit, and Retainer Agreement* on the entities named below by placing the same in an addressed stamped envelope and depositing the same into the United States mail:

Jamel RaShaad McConico
12254 Riviera Drive
Fayetteville, GA 30215

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Melissa J. Davey
Standing Chapter 13 Trustee
233 Peachtree St NE #2250
Atlanta, GA 30303Atlanta, GA 30303

Paolo Meireles, Esq.
Shavitz Law Group PA
951 Yamato Road
Suite 285
Boca Raton, FL 33431

I do hereby affirm that I, being over the age of 18 years, have this 26th day of May 2023, served a copy of the within *Notice of Filing* on the entities named on the attached mailing matrix by placing the same in an addressed stamped envelope and depositing the same into the United States mail:

Dated 05/26/2023

/s/ Raychelle L. Vinson

______________________

Raychelle L. Vinson, PA
Attorney for the Debtor
Georgia Bar Number 557488
P.O. Box 161556
Atlanta, GA 30321

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 23-53158-TJ23<br>Northern District of Georgia<br>Atlanta<br>Thu May 25 10:25:23 EDT 2023 | AES/Citizens<br>P.O. Box 61047<br>Harrisburg, PA 17106-1047 | AES/National Collegiate Trust<br>P.O. Box 61047<br>Harrisburg, PA 17106-1047 |
| (p)ASCEND LOANS<br>635 E STATE HWY 20 U<br>UPPER LAKE CA 95485-8793 | Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | (p)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 | Melissa J. Davey<br>Standing Chapter 13 Trustee<br>Suite 2250<br>233 Peachtree Street NE<br>Atlanta, GA 30303-1509 |
| Discover Bank<br>P.O. Box 3025<br>New Albany OH 43054-3025 | Discover Bank<br>P.O. Box 30939<br>Salt Lake City, UT 84130-0939 | S. Keith Eady<br>S. Keith Eady, Attorney at Law<br>P.O. Box 567<br>Tucker, GA 30085-0567 |
| Foursight Capital LLC<br>2783 South Leadership Court<br>Suite 400<br>Red Rock, AZ 85145 | Foursight Capital LLC<br>PO BOX 45026<br>Salt Lake City, UT 84145-0026 | Georgia Housing and Finance Authority<br>60 Executive Park South<br>Atlanta, GA 30329-2257 |
| Georgia Housing and Finance Authority<br>Its Successors and/or Assigns<br>60 Executive Park South<br>Atlanta, GA 30329-2296 | Iesha McConico<br>12254 Riviera Drive<br>Fayetteville, GA 30215-6643 | Jimmy McConico<br>190 Wesley Forest Drive<br>Fayetteville, GA 30214-1096 |
| (p)LEAD BANK<br>1801 MAIN STREET<br>KANSAS CITY MO 64108-2352 | Jamel RaShaad McConico<br>12254 Riviera Drive<br>Fayetteville, GA 30215-6643 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Merrick Bank<br>Resurgent Capital Services<br>P.O. Box 10368<br>Greenville, SC 29603-0368 | Midland Credit Management<br>320 East Big Beaver<br>Suite 300<br>Troy, MI 48083-1271 | Midland Credit Management Inc<br>P.O. Box 2037<br>Warren, MI 48090-2037 |
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Portfolio Recover Associates L<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum 3 Group LLC agent for<br>Cascade Capital LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Quantum 3 Group LLC agent for<br>Credit Corp Solutions Inc<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Cascade Capital LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

River Valley Loans
P.O. Box 222
Fort Thompson, SD 57339-0222

Rivers Edge Plantation
Community Association Inc
P.O. Box 142488
Fayetteville, GA 30214-6516

SANTANDER CONSUMER USA INC.
P.O. BOX 961245
FORT WORTH, TX 76161-0244

Santander Consumer USA
P.O. Box 961211
Terrell, TX 75161

State Home Mortgage
Attn: Susan Humphries
Bankruptcy Department
60 Executive Park S
Atlanta GA 30329-2296

Synchrony Bank
c/o PRA Receivables Management
P.O. Box 41021
Norfolk, VA 23541-1021

Verizon
by American Infosource as agen
4515 N Sante Fe Avenue
Oklahoma City, OK 73118-7901

Verizon Wireless
P.O. Box 650051
Dallas, TX 75265-0051

Raychelle L. Vinson
Raychelle L Vinson, PA
PO Box 161556
Atlanta, GA 30321-1556

Webbank/Avant
222 N Lasalle Street, Ste1600
Chicago, IL 60601-1112

Webbank/Fingerhut
13300 Pioneer Trail
Eden Prairie, MN 55347-4120

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascend Loans
635 E State Highway 20, U
Upper Lake, CA 95485

Citizens Bank NA
Attn: Bankruptcy Team
One Citizens Bank Way JCA115
Johnston, RI 02919-1922

Credit Corp Solutions
121 W Election Road
Suite 200
Draper, UT 84020

Lead Bank
1801 Main Street
Kansas City, MO 64108

Mohela/Department of Education
Claims Dept.
633 Spirit Drive
Chesterfield, MO 63005

Portfolio Recovery Associates
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

(d)Self Financial/Lead bank
1801 Main Street
Kansas City, MO 64108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 41 |
| Bypassed recipients | 1 |
| Total | 42 |