**IT IS ORDERED as set forth below:**

**Date: June 6, 2023**

**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JAMEL RASHAAD MCCONICO, | ) | |
| | ) | CASE NO. 23-53158-TJ23 |
| Debtor. | ) | |
| | ) | |

ORDER APPROVING SPECIAL COUNSEL SUBJECT TO OBJECTION

On May 26, 2023, Jamel RaShaad McConico ("Debtor") filed an Application to Employ Special Counsel (the "Application") to employ Paolo Meireles with Shavitz Law Group PA ("Special Counsel") to represent Debtor in connection with a class action lawsuit for recovery of overtime wages from Defendant Love's Travel Stops and County Stores, Inc. (the "Matters"). *See* Doc No. 19. No notice or hearing on the Application is necessary.

The Application and accompanying affidavit demonstrate that Special Counsel is a firm of attorneys with expertise in the Matters, that they represent no interest adverse to Debtor or the estate in the Matters, and that this case justifies employment of a professional for the purpose specified.

Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. 327(e) and Bankruptcy Rule 2014, the Application is **GRANTED**. Debtor is authorized to employ Special Counsel during Debtor's Chapter 13 case, subject to objection filed by the U.S. Trustee, the Chapter 13 Trustee, or any other party in interest on or before 21 days from the date of entry of this Order. It is further

ORDERED that whereas Debtor is not the named Plaintiff in the class action lawsuit and therefore has no authority to authorize settlement of the matter and whereas Special Counsel's compensation is determined by either the collective recovery and fee agreements of the class members or the full amount of attorney's fees provided for by the settlement agreement, calculated using the lodestar method or by the decision maker in the matter plus expenses and costs, Special Counsel is not required to submit an application for compensation pursuant to 11 U.S.C. 330 and 331 and Bankruptcy Rule 2016. Special Counsel shall remit all funds to which Debtor is entitled directly to the Chapter 13 Trustee unless this Court otherwise directs upon a motion to retain funds by Debtor.

**[END OF DOCUMENT]**

(Signatures on Next Page)

Prepared and Submitted:

/s/ Raychelle L. Vinson

______________________________

By: Raychelle L. Vinson
Raychelle L. Vinson , P.A.
Attorney for Debtor
Georgia Bar No. 557488
P.O. Box 161556
Atlanta, GA 30321
770-909-8772

No Opposition:

/s/ Taylor Schlairet Mansell (signature submitted with express permission)

________________________

Taylor Schlairet Mansell
Staff Attorney, Melissa J. Davey
Chapter 13 Trustee
Georgia Bar No. 940461
Attorney for Melissa J. Davey
233 Peachtree St NE #2250
Atlanta, GA 30303
Phone: 678.510.1444

DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Paolo Meireles, Esq.
Shavitz Law Group PA
951 Yamato Road
Suite 285
Boca Raton, FL 33431

All parties on the court's mailing matrix