**IT IS ORDERED as set forth below:**

**Date: July 18, 2024**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JAMEL RASHAAD MCCONICO,** | ) | CASE NO. **23-53158-PMB** |
| | ) | |
| DEBTOR. | ) | |

**ORDER ON CHAPTER 13 TRUSTEE'S MOTION TO APPROVE DISBURSEMENT OF FUNDS**

On May 29, 2024, Trustee filed a *Motion to Approve Disbursement of Funds* (Docket. No. 40) (the "Motion"), which was scheduled for a hearing on July 11, 2024.

No party appeared in opposition to the Motion; accordingly, it is hereby.

**ORDERED** that the Trustee shall retain $7,401.38 from Love's FLSA Settlement Administrator as funds from Debtor's involvement in a class action lawsuit, and after taking her allowed statutory fee, shall disburse the funds as a regular payment pursuant to the Chapter 13 Plan.

**[END OF DOCUMENT]**

Prepared and presented by:

/s/

Taylor S. Mansell
GA Bar No.: 940461
Attorney for the Chapter 13 Trustee
233 Peachtree Street, Suite 2250
Atlanta, GA 30303
678-510-1444
mail@13trusteeatlanta.com

Case Number 23-53158-PMB

**DISTRIBUTION LIST**

JAMEL RASHAAD MCCONICO
12254 Riviera Drive
Fayetteville, GA 30215

Raychelle L. Vinson, P.A.
Attorney for Debtor
P.O. Box 161556
Atlanta, GA 30321

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303

U.S. Trustee
Office of The United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Love's Travel Stops and County Stores, Inc.
10601 North Pennsylvania Avenue,
Oklahoma City, Oklahoma, 73120

Paolo Meireles, Esq.
Shavitz Law Group PA
951 Yamato Road
Suite 285
Boca Raton, FL 33431